```
Douglas A. Gravelle (SBN 166110)
Hinson Gravelle & Adair LLP
28470 Avenue Stanford, Suite 350
Valencia, CA 91355
Telephone: (661) 294-0116
Facsimile: (661) 294-0134
gravelle@hinsongravelle.com

Attorneys for Defendant
Platinum Springs, LLC
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael Arroyo, Jr.,<br><br>    Plaintiff,<br><br>  vs.<br><br>Best California Gas, Ltd, a California Limited Company; Platinum Springs, LLC, a California Limited Liability Company; Horizon Investment Group, Inc., a Nevada Corporation; and Does 1-10,<br><br>    Defendants. | **Case # 2:19-cv-02588-CJC-KSx**<br><br>**PLATINUM SPRINGS, LLC'S OBJECTION TO REQUEST FOR ENTRY OF DEFAULT**<br><br>**ACTION FILED: APRIL 4, 2019**<br>**TRIAL DATE: NOT SET** |

      Platinum Springs, LLC hereby objects to the Request for Entry of Default filed against it by Plaintiff Rafael Arroyo's counsel (Docket #13).

      Platinum Springs, LLC timely filed an Answer on May 2, 2019 (see Docket #11).

      According to a search on PACER, Plaintiff's counsel, Ms. Grace, is currently counsel of record in <u>671 open cases</u> currently pending in just the Central District alone.  Also, the Answer that was filed for Platinum Springs, LLC was also filed by the undersigned on behalf of Best California Gas, Ltd. too.  However, Ms.

Grace never reached out to the undersigned to discuss her intent to seek the default of Platinum Springs, LLC.

In addition to requesting that the Court reject the Request for Entry of Default, the undersigned also respectfully suggests the Court set a hearing requiring Ms. Grace's *personal attendance* to discuss (i) whether she can competently be counsel of record in at least 671 open cases without creating needless work for the Court and the other parties, and (ii) why she would seek to take Platinum Springs, LLC's default without first making an inquiry of the undersigned.

Dated:  May 7, 2019              Hinson Gravelle & Adair LLP

                                 By: /s/ Douglas Gravelle
                                 Douglas Gravelle, Attorneys for Platinum Springs, LLC