UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.<br><br>Plaintiff(s),<br><br>v.<br><br>BEST CALIFORNIA GAS, LTD., et al.<br><br><br><br>Defendant(s). | CASE NO:<br>2:19−cv−02588−CJC−JEM<br><br>**SCHEDULING ORDER** |

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), now ORDERS as follows:

[1] All discovery, including discovery motions, shall be completed by April 16, 2020.  Discovery motions must be filed and heard prior to this date.

[2] The parties shall have until June 15, 2020 to file and have heard all other motions, including motions to join or amend the pleadings.

[3] A pretrial conference will be held on **Monday, July 20, 2020 at 03:00 PM.  Full compliance with Local Rule 16 is required.**

[4] The case is set for a **court trial, Tuesday, July 28, 2020 at 09:00 AM** .

///

[5] The parties are referred to ADR Procedure No. 2 – Court Mediation Panel.

The parties shall have until May 19, 2020 to conduct settlement proceedings.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: June 19, 2019

_____
Cormac J. Carney
United States District Judge

cc: ADR OFFICE