JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> BEST CALIFORNIA GAS, LTD.; PLATINUM SPRINGS, LLC; HORIZON INVESTMENT GROUP, INC.; and Does 1 - 10, inclusive, <br><br> Defendants. | Case No.: CV 19-02588-CJC (JEMx) <br><br> **JUDGMENT** |

//
//
//
//
//
//
//

This matter came before the Court on the parties' cross motions for summary judgment. (Dkts. 31, 34.) On June 11, 2020, the Court granted Defendants' motion for summary judgment and denied Plaintiff's motion for summary judgment. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Defendants and against Plaintiff on Plaintiff's complaint. Plaintiff shall take nothing on his complaint against Defendants.

DATED: June 11, 2020

_____
CORMAC J. CARNEY
CHIEF UNITED STATES DISTRICT JUDGE